1    STEPHEN H. TURNER, SB# 89627
     E-Mail: turner@lbbslaw.com
2    ALISHA M. LEE, SB# 219808
     E-Mail: alee@lbbslaw.com
3    LEWIS BRISBOIS BISGAARD & SMITH LLP
     221 North Figueroa Street, Suite 1200
4    Los Angeles, California 90012
     Telephone: (213) 250-1800
5    Facsimile: (213) 250-7900

6    Attorneys for Defendant ARS National Services, Inc.

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11   MICHELLE GUZMAN, | ) CASE NO. CV07-07518 CAS (JWJx) |
| 12         Plaintiff, | ) The Hon. Christina A. Snyder |
| 13    v. | ) **STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |
| 14   ARS NATIONAL SERVICES, INC.; and DOES 1 through 20, inclusive,, | ) |
| 15 | ) |
| 16         Defendants. | ) ACTION FILED: November 15, 2007<br>) TRIAL DATE: N/A |

17

18      Plaintiff Michelle Guzman ("Plaintiff") and Defendant ARS National Services,

19   Inc. ("ARS") enter into this Stipulation of Dismissal With Prejudice with reference to

20   the following recitals:

21                    **RECITALS**

22    A.    On November 15, 2007, Plaintiff filed a lawsuit against ARS styled

23         *Michelle Guzman v. ARS National Services, Inc.; and Does 1 through*

24         *20, inclusive* in United States District Court, Central District of

25         California, bearing Case Number CV07-07518 CAS (JWJx).

26    B.    The parties have now entered into a settlement agreement pursuant to

27         which, among other things, the parties have agreed to dismiss this

28         lawsuit with prejudice.

*(left margin, vertical text)* LEWIS BRISBOIS BISGAARD & SMITH LLP · 221 NORTH FIGUEROA STREET, SUITE 1200 · LOS ANGELES, CALIFORNIA 90012-2501 · TELEPHONE (213) 250-1800

Based on the foregoing, Plaintiff and ARS stipulate and agree as follows:

## STIPULATION

A. The lawsuit against ARS in the above-captioned proceeding is hereby dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

B. Each party shall bear her or its own fees and costs incurred in this lawsuit.

DATED: May 12, 2008                    LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
Stephen H. Turner
Alisha M. Lee
Attorneys for Defendant ARS National
Services, Inc.

DATED: May ___, 2008                   AMIR J. GOLDSTEIN, ESQ.

By _____
Amir J. Goldstein
Attorneys for Plaintiff Michelle Guzman

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

4815-5450-0354.1

STIPULATION OF DISMISSAL

1

## CERTIFICATE OF SERVICE

2

3        I certify that on the 15th day of May 2008, I electronically transmitted the
foregoing document to the Clerk's office using the CM/ECF System for filing and
4    transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

5    Amir J. Goldstein, Esq.
Attorneys for Plaintiff
6

7    By: _____ /s/ Alisha M. Lee

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

4815-5450-0354.1